### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL G. PICK, et al.,** ) | |
| ) | **8:07CV202** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **CYNTHIA A. FERRIS, M.D.,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte.* On July 13, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 4. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before September 7, 2007, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 24th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge