# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL G. PICK, et al.,** )<br>) <br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**CYNTHIA A. FERRIS, M.D.,** )<br>)<br>**Defendant.** ) | **8:07CV202**<br><br>**ORDER** |

Upon written request by letter from counsel for the plaintiffs, the parties shall have to **on or before November 16, 2007**, to report to the undersigned magistrate judge by joint or separate letters regarding their plans for mediation as set forth in the initial progression order.

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2007.

                                              BY THE COURT:

                                              s/Thomas D. Thalken
                                              United States Magistrate Judge