# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL G. PICK, CHARLES J. NORDHUES, RICHARD L. MOORE, CHARLES E. ROWSE, ROBERT L. TALSMA, REYNE A. VIERGUTZ and LISA D. FREEMAN, | ) ) ) ) ) ) | Case No.: 8:07cv202 |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| CYNTHIA A. FERRIS, M.D., | ) ) | |
| Defendant. | ) | |

Upon the Motion and Stipulation of the parties that this case be dismissed with prejudice (Filing 16), this case is dismissed with prejudice, each party to bear his or her own costs.

Dated this 19th day of February, 2008.

BY THE COURT

s/Joseph F. Bataillon
Joseph F. Bataillon
Chief United States District Judge

0795397.1